## WILEY MERRIWETHER v. STATE OF FLORIDA

17 So. (2nd) 123          January Term, 1944
February 25, 1944          Division B

*W. W. Flournoy,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Judgment affirmed on the record.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

## J. TOM PRICE, ALBERT KELLEY and KERMIT KELLEY, v. STATE OF FLORIDA.

17 So. (2nd) 123          January Term, 1944
February 25, 1944          Division B

*W. W. Flournoy,* for appellants.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Judgment affirmed on the record.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.